IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Haegg,<br><br>            Plaintiff,<br>vs.<br><br>Magellan Health Incorporated,<br><br>            Defendant. | No. CV-22-00061-PHX-SPL<br><br>**ORDER** |

On January 12, 2022, Plaintiff Douglas Haegg ("Plaintiff") filed a Complaint against Defendant Magellan Health Incorporated ("Defendant") alleging failure to pay overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (Doc. 20 at 10).[1] The parties have notified the Court that they have reached a final settlement that resolves this action and have filed a joint motion requesting that the Court approve their settlement agreement. *See Juvera v. Salcido*, 2013 WL 6628039, at *3 (D. Ariz. Dec. 17, 2013); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x. 682, 683 (9th Cir. 2015) (unpublished). Having considered the parties' filings and finding that the Confidential Settlement Agreement (sealed and filed at Doc. 67) represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

---

[1] Prior to the filing of his amended complaints (Docs. 11 & 20), Plaintiff originally asserted—in addition to the FLSA claim—a violation of the Arizona Wage Act, A.R.S. § 23-350, *et seq.*, breach of contract, and unjust enrichment. (Doc. 1 at 13–19).

**IT IS ORDERED** that the parties' Joint Motion to Approve Settlement Agreement (Doc. 64) is **granted**. The Court **approves** the parties' Confidential Settlement Agreement (Doc. 67).

**IT IS FURTHER ORDERED** that this action is **dismissed with prejudice**, with each party to bear its own attorneys' fees and costs except as expressly provided in the FLSA Settlement Agreement.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this case and enter judgment accordingly.

Dated this 12th day of April, 2023.

Honorable Steven P. Logan
United States District Judge